EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2021 TSPR 55 |
| Jazmín G. Torres Lugo | 206 DPR _____ |

Número del Caso:  TS-8,922


Fecha:  22 de abril de 2021


Abogado de la parte peticionaria:

    Por derecho propio


Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como  un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Jazmín G. Torres Lugo

TS-8,922

RESOLUCIÓN

En San Juan, Puerto Rico, a 22 de abril de 2021.

Examinada la *Moción en solicitud de reinstalación*, presentada por la Sra. Jazmín G. Torres Lugo, se ordena la reinstalación de ésta al ejercicio de la abogacía.

Además, se le ordena a la Secretaría de este Tribunal registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo